**RENCNHRG**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

---

In Re:

Susan Therese Mcmillan
7332 Paradise Lane
Orland Park, IL 60462
SSN: xxx–xx–7364  EIN: N.A.
aka Susan Therese Binder, aka Susan Therese Schaff

Case No.: 26–00413
Chapter: 13
Judge: Nancy A. Peterman

---

Debtor's Attorney:
Kristin T Schindler
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603

312–332–1800

Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

312–431–1300

## RENOTICE CONFIRMATION HEARING

Please take notice that the confirmation hearing date has been reset for:

March 3, 2026 10:30 AM
Courtroom 742, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

For the Court,

Dated: February 23, 2026

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court